MYRTLE ALLEN, PLAINTIFF IN ERROR, v. THE BOARD OF EDUCATION OF THE CITY OF PASSAIC, IN THE COUNTY OF PASSAIC, DEFENDANT IN ERROR.

Submitted December 9, 1912—Decided March 3, 1913.

On error to the Supreme Court, whose opinion is reported in 52 *Vroom* 135.

For the plaintiff in error, *Andrew Foulds, Jr.*

For the defendant in error, *John Scott Davison.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Voorhees in the Supreme Court.

*For affirmance* — THE CHANCELLOR, CHIEF JUSTICE, TRENCHARD, BERGEN, MINTURN, KALISCH, BOGERT, VREDEN-BURGH, CONGDON, TREACY, JJ. 10.

*For reversal*—None.